# EXHIBIT "L"

# COLUMBUS POLICE DEPARTMENT
## INCIDENT REPORT

**COMPLAINT NO.** 15023732

**EVIDENCE OF HATE CRIME:** ☐ YES  ☒ NO
**ZONE:** 4
**1. OFFENSE TITLE-INCLUDE DEGREE:** Fleeing and Eluding
**2. LUCR:** ABCD   N/A

**DRUGS**
DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER.
YES ☐   NO ☒

☐ 1-AMPHETAMINE  ☐ 5-HEROIN  ☐ 9-SYNTHETIC NARCOTIC
☐ 2-BARBITURATE  ☐ 6-MARIJUANA
☐ 3-COCAINE      ☐ 7-METHAMPHETAMINE  ☐ U-UNKNOWN
☐ 4-HALLUCINOGEN ☐ 8-OPIUM

INVOLVES GANG ACTIVITY  YES ☐  NO ☒  UNK ☐

DID INVESTIGATION INDICATE THAT THIS INCIDENT INVOLVED FAMILY VIOLENCE?
YES ☐  NO ☒   IF YES, COMPLETE BLOCKS 73 – 81

IF YES, PLEASE INDICATE RELATIONSHIP OF PRIMARY AGGRESSOR TO VICTIM(S)
☐ 1- PRESENT SPOUSE  ☐ 2-FORMER SPOUSE
☐ 3- PARENT/GUARDIAN ☐ 4-CHILD  ☐ 5-STEP PARENT
☐ 6-STEPCHILD  ☐ 7-FOSTER PARENT  ☐ 8-FOSTER CHILD
☐ 9-NONE OF THE ABOVE BUT LIVES IN SAME HOUSEHOLD

**3. LOCATION OF OCCURRENCE:** Veterans Park Way / American Way  Inside ☐  Outside ☒
**4. BEAT OCC.:** 35
**5.** ☐ Day  ☒ Night  ☐ UNK
**6. WEATHER:** Cloudy
**7. VICTIM:** ☒ 1.Sober  ☐ 2.HBD  ☐ 3.NTOX
**8. STRANGER TO STRANGER:** ☒ 1.Yes  ☐ 2.No  ☐ 3.Relative  ☐ 4.Unk
**9. YOUR UNIT:** 1A26

**10. CHECK ONE -- IF APPLIES**
☐ 20. UNLAWFUL ENTRY NO FORCE  ☐ 1. ATT. FORCED ENTRY
☐ 8. FORCIBLE ENTRY  ☐ 4. ARMED ROBBERY  ☐ 3. ATT. ARMED ROBBERY  ☐ 16. STRONG ARMED ROBBERY
☐ 2. ATT. STRONG ARMED ROBBERY  ☐ 17. MURDER

**11. OCCURRED ON/BETWEEN:** MO 08  DAY 31  YEAR 2015  D.WK Mon  TIME 0200
**AND:** MO 08  DAY 31  YEAR 2015  D.WK Mon  TIME 0215
**12. REPORTED:** MO 08  DAY 31  YEAR 2015  TIME 0215
**13. REPORTED BY:** ☐ 1.VICTIM  ☐ 2.WITNESS  ☐ 3.FAMILY  ☐ 5.OTHER  ☒ 4.POLICE

**14. VICTIM'S NAME (L,F,M) OR NAME OF BUSINESS:** State of Georgia
**RACE:** N/A  **SEX:** N/A  **AGE:**  **DOB:**
**15. ADDRESS:** 510 10th Street
**HOME PHONE:**
**16. EMPLOYED BY OR SCHOOL:**
**STUDENT:** ☐ YES  ☒ NO
**BUS. PHONE:** 706-653-3205

**17.** ☐ 1-INJURED  ☒ 2-NOT INJURED  ☐ 3-ADMITTED  ☐ 4-FATAL
**18. TAKEN TO:** N/A
**19. TAKEN BY:** N/A
**20. TREATED BY:**
**21. CONDITION:** N/A
**22. PRONOUNCED DEAD TIME:**
**23. CORONER CALLED:** ☐ SCENE  ☐ HOSP.

(CODE  D-DISCOVERED BY OWNER  R-REPORTED BY  W-WITNESS  (IF VICTIM – CODE AND WRITE 'VICTIM' IN NAME BLOCK)

**24. NAME (L-F-M):** R  Reporting Officers
**RACE:**  **SEX:**
**ADDRESS:** 510 10th Street
**HOME:**  **BUS.:** 706-653-3205

**25. TYPE PREMISES WHERE OCCURRED:** ☒ 37 STREET

**26. AREA OF CRIME:** ☒ 12 OTHER — Roadway

**27. TYPE OF THEFT:**

**28. TYPE WEAPON:**

**29. TOOLS USED – HOW USED:**
**PROPERTY DAMAGE:** 0.00

**30. DESCRIBE TYPE FORCE OR THREAT USED:** None
**31. NATURE OF INJURY – LOCATION ON BODY:** None

**32. EXACT POINT OF ENTRY:**  **33. EXACT POINT OF EXIT:**
**34. TYPE I.D. WORK:** None  **DESCRIBE OTHER:**  **PERFORMED BY:**

**35.** ☐ VEHICLE DAMAGED  ☐ STOLEN FROM

**40. ARRESTED (NAME - L,F,M):**
**ARREST AT OR NEAR SCENE:** ☐ 1. YES  ☒ 2. NO
**NUMBER ARRESTED:** 0

**48. OFFICER REC. ORIGINAL CALL:** D.K. Brown / R. Green
**49. BEAT:** 31
**50. REPORT MADE BY:** D.K. Brown
**SERIAL NO.:** 26453
**DATE:** 08-31-15
**51. ADM. REVIEW BY:**

**51. DO YOU RECOMMEND FOLLOWUP:** ☐ YES  ☒ NO
**SUPERVISOR CONCURS:** ☒ YES  ☐ NO
**53. REPORT RETURNED:** ☐ INCOMPLETE REPORT  ☐ NEEDS FOLLOW-UP

**55.** ☐ 1. CLRD BY ARREST-18 OR OVER  ☐ 2. CLRD BY ARR-UNDER 18  ☒ 3. NOT CLRD  ☐ 4. UNFD  ☐ 5. EXP. CLRD  ☐ 7. NOT PROS.  ☐ 8. LOCATED RECOVERED
**56. APPROVED BY-NAME AND RANK:**
**57. DISPOSITION:** ☐ ACTIVE  ☐ INACTIVE  ☐ CLOSED

| 59. TYPE PROPERTY TAKEN | A. VEHICLE | B. CURRENCY | C. JEWELRY | D. FURS | E. CLOTHING | F. OFFICE EQUIP | G. RADIO, TV, ETC | H. HOUSEHOLD GOODS |
|---|---|---|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ | $ | $ | $ |
| I. FIREARMS | J. CONSUMABLE | K. COMPUTER | L. OTHER | M. SMALL APPLI. | N. SPORT GOODS | P. CAMERAS, ETC | R. VCR | TOTAL TAKEN |
| $ | $ | $ | $ | $ | $ | $ | $ | $0.00 |

| QTY | ARTICLE | BRAND NAME AND TYPE | SERIAL NO | MODEL | DESCRIPTIONS-SIZE, COLOR, CAL. INSCRIPTIONS, MATERIAL, ETC | VALUE STOLEN | VALUE RECOVERED |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**STOLEN VEHICLE**

60. TYPE VEHICLE | IGNITION LOCKED ☐YES ☐NO | DOORS LOCKED ☐YES ☐NO | KEYS IN VEHICLE ☐YES ☐NO | REGISTRATION IN VEHICLE ☐YES ☐NO | VEH REGISTERED IN THE NAME OF CURRENT OWNER? ☐YES ☐NO

61. VEH. LIC. NO | LIC. YEAR | LIC. STATE | LIC. TYPE | VEH. YR | VEH. MAKE | MODEL | BODY STYLE | COLOR TOP / BOTTOM

VIN | DECAL. NO. | OTHER VEHICLE DESCRIPTIVE INFORMATION

62. ☐ ARMED/DANGEROUS ☐ HOLD FOR PRINTS ☐ BOTH | NCIC NO. | LEDS NO. | CAJIS NO. | VEH. INSURED BY:

**DOCUMENT**

63. TYPE OF DOCUMENT | NUMBER | DATED | AMOUNT | REASON NOT HONORED

PAYABLE TO | SIGNED BY | ENDORSED BY

DRAWN ON BANK – ISSUED BY, ETC. | GOODS OR SERVICES PURCHASED | AMOUNT

**MISSING PERSON**

64. HGT | WGT | EYES | HAIR | COMPLETE DESCRIPTION | SOCIAL SECURITY #

SCARS (DESCRIBE) | TATTOOS (DESCRIBE) | JEWELRY (DESCRIBE) | 65. LAST SEEN AT

66. PHYSICAL CONDITION | 67. DRINKS   USED DRUGS | 68. PROBABLE DESTINATION

69. REASON FOR LEAVING | 70. MAY BE WITH | 71. WHERE LOCATED BEFORE

72. LEFT IN VEH. | YEAR | MAKE | MODEL | BODY STYLE | COLOR | LIC. YEAR | STATE | LIC. NUMBER | VIN

**FAMILY VIOLENCE**

73. TYPE AND EXTENT OF ALLEGED ABUSE BY THE PRIMARY AGGRESSOR  ☐ 1-FATAL ☐ 2-PERMANENT PHYSICAL ☐ 3-TEMPORARY DISABILITY ☐4-BROKEN BONES ☐5-GUN/KNIFE WOUNDS ☐ 6-SUPERFICIAL INJURES ☐ 7-PROPERTY DAMAGE/THEFT ☐ 8-THREATS ☐9-ABUSIVE LANGUAGE ☐ 10-SEXUAL ABUSE ☐11-OTHER

74. NUMBER OF PREVIOUS COMPLAINTS AS ADVISED BY VICTIM: ☐ 0  ☐1-5  ☐ 6-10 ☐ MORE THAN 10  ☐ UNK

75. EXISTENCE OF PRIOR COURT ORDERS  ☐ YES  ☐ NO  ☐ UNK

76. WAS VICTIM ADVISED OF AVAILABLE REMEDIES AND SERVICES?  ☐YES  ☐ NO

77. POLICE ACTION TAKEN:  ☐1-ARREST  ☐ 2-CITATION  ☐ 3-SEPARATION  ☐4-MEDIATION  ☐ 5-OTHER  ☐ 6-NONE
IF NO ARREST MADE, WHY NOT?  ☐1-JUVENILE  ☐ 2-PRIMARY AGGRESSOR WAS NOT AT THE SCENE  ☐ 3-INSUFFICIENT PROBABLE CAUSE  ☐ 4-OTHER REASON(S)

78. WAS SUBSTANCE ABUSE INVOLVED?  ☐ YES  ☐ NO  ☐ UNK  IF YES, INDICATE THE TYPE OF SUBSTANCE(S) USED BY AGGRESSOR (A) AND/OR VICTIM (V)
A: ☐ 1 DRUGS ☐2-ALCOHOL
V: ☐ 3 DRUGS ☐ 4-ALCOHOL

79. WERE CHILDREN INVOLVED?  ☐YES  ☐NO  ☐UNK

80. WAS ACT COMMITTED WITH CHILDREN PRESENT? ☐YES ☐ NO ☐ UNK

81. HOW WAS PRIMARY AGGRESSOR IDENTIFIED? ☐ 1-PHYSICAL EVIDENCE  ☐ 2-TESTIMONIAL EVIDENCE ☐3-OTHER

82. NARRATIVE: MUST INCLUDE DETAILS OF HOW CRIME WAS COMMITTED OR INCIDENTS HAPPENED, INVENTORY ALL EVIDENCE, SHOW WHERE FOUND AND BY WHOM, REPORT DISPOSITION OF ALL EVIDENCE, IDENTIFY ADDITIONAL WITNESSES, SUSPECTS, ETC. REPORT ANY AND TYPE OF FOLLOWUP INFORMATION INCLUDING NAMES AND ADDRESSES.

On 08-31-15 at 0146 hours, E.M.S. (M-8), Cpl. D.K. Brown (1A26), and Ofc. G. Wilkinson (1A27) were dispatched to 2536 Airport Thruway (Circle K) in reference to a person in a vehicle slumped over the wheel.

Case under investigation.

Page 1 of 4

SUPPLEMENTARY REPORT
COLUMBUS POLICE DEPT.

1. Victim's Name (Same as Original Report): **State of Georgia**
2. Complaint No.: 15623732
3. Original Offense Title: **Fleeing And Eluding**  Changed ☐ Yes
4. To – New Offense Title:
5. ☒ Follow-up  ☐ Cont. Report
6. Multiple Offenses Cleared ☐ Yes ☒ No
7. NOTE: In Blocks below, show only the Stolen or Recovered Amount which HAS NOT been previously reported. If more than one type, list value of each item in the report.

☐ Cleared By Arrest – 18 or Over
☐ Cleared By Arrest – Under 18
☐ Not Cleared
☐ Unfounded
☐ Missing Person Located
☐ Exceptionally Cleared. – 18 or Over
☐ Exceptionally Cleared. – Under 18
☐ Not Prosecutable

ADDITIONAL PROPERTY STOLEN — Circle Property Type – Itemize in Narrative. A. Veh. B. Currency C. Jewelry D. Fur E. Clothes F. Office Equip. G. Radio, TV, Etc. H. Household Goods I. Firearms J. Cons. Goods K. Computer L. Other M. Small Appl. N. Sport Equip. P. Cameras, Etc. R. VCR — TOTAL $

ADDITIONAL PROPERTY RECOVERED — Circle property Type – Itemize in Narrative. A. Veh. B. Currency C. Jewelry D. Fur E. Clothes F. Office Equip. G. Radio, TV, Etc. H. Household Goods I. Firearms J. Cons. Goods K. Computer L. Other M. Small Appl. N. Sport Equip. P. Cameras, Etc. R. VCR — TOTAL $

STATUS OF RECOVERED PROPERTY/VEH.:
1. Stolen Local ......................Recovered Local
2. Stolen Local ......................Recovered Other Jurisdiction
3. Stolen Other Jurisdiction ......Recovered Local
RECOVERY LOCATION | RECOVERY ZONE

8. Has The Total Amount of Stolen or Recovered Property in This Case Been Reduced from the Gross Amount in The Initial Report? ☐ Yes ☐ No
Stolen Amt. Difference | Recovered Amt. Difference

9. Report Made by – Name: **D.K. Brown**  Serial No.: 26453  Date: 08-31-15  Time: 0415  Approved By: [signature]  Reviewed By:

- FOLLOW-UP -

On 08-31-15 at 0146 hours, E.M.S. and Police were dispatched to 2536 Airport Thruway (Circle K) in reference to a person slumped over the wheel. E.M.S. unit M-8 (Kevin Pate) and (James Kessler) from Fire Station #8 arrived along with Police unit 1A27 (Ofc. G.Wilkinson) at 0152 hours. I, Cpl. D.K. Brown arrived shortly after and approached the passenger side of the older model gray in color Toyota pickup. E.M.S. and Ofc. Wilkinson were at the driver's side window of the vehicle. I observed a white male approximately 18 to 21 years of age in the driver's seat and I heard E.M.S. asking him to unlock the vehicle door or roll the window down. I observed the white male looking at the medics making angry aggressive looks with his hands up and could hear the white male making loud groaning noises as he was making these actions. I then tapped on the passenger window, where it alerted the white male to look at me. I asked him several times to unlock the doors so we could talk to him. He then groaned as he was looking at me in an angry and aggressive manner. His eyes appeared to be blood shot and glassy. The white male never made any verbal statements only groaned and made aggressive facial expressions towards E.M.S. and Police as he faced E.M.S. then me several times. The white male then made further actions indicating that he would not comply with my instructions by grabbing the vehicle key from the seat and placing them into the ignition. I then tapped on the passenger side window firmly and verbally in a loud tone told him not to start the vehicle. He looked at me as I was making an attempt to enter the vehicle however the passenger side door handle was missing. He then took his hand off the key, which was in the ignition, and turned his attention to E.M.S. as they continued to attempt to get the white male to cooperate.

FURHER INFORMATION FOLLOWS.

Page 2 of 4

| SUPPLEMENTARY REPORT COLUMBUS POLICE DEPT. | 1. Victim's Name (Same as Original Report) State of Georgia | | | 2. Complaint No.: 15023732 | |
|---|---|---|---|---|---|
| 3. Original Offense Title Fleeing and Eluding | Changed ☐ Yes | 4. To – New Offense Title | | | |
| 5. ☒ Follow-up ☐ Cont. Report | 6. Multiple Offenses Cleared If yes, List All complaint No.'s In Report | | ☐ Yes ☐ No | | |
| Report Made by – Name D.K Brown | Serial No.: 26453 | Date: 08/31/15 | Time: 0415 | Approved By: | Reviewed By: |

- FOLLOW-UP -

The white male then placed his hand back on the ignition key and in a very quick manner, started the vehicle and left the scene in a forward motion. As the vehicle was leaving the Circle K parking lot, it came within close proximity of striking Ofc. G. Wilkinson's assigned Police vehicle (#582) and the curb as it left the parking lot of the Circle K. The suspect vehicle left onto Airport Thruway West without headlights and continued North onto Whitesville Road. I entered my assigned Patrol Vehicle and began to attempt to locate the suspect vehicle from it's last known direction of travel. I observed the suspect vehicle traveling North on Whitesville Road and continue East on Veterans Parkway. I was able to observe the suspect vehicle's tail lights from approximately one quarter mile behind the vehicle as it made it's turn onto Veterans Parkway. As I was traveling behind the vehicle on Veterans Parkway I observed that the suspect vehicle was traveling at approximately 40mph in a 45mph speed zone. I observed the suspect vehicle fail to stop for the red light at Veterans Parkway and Whittelsey Boulevard as I continued to follow approximately one quarter mile behind the suspect vehicle. The vehicle then failed to stop for the red light at Veterans Parkway and Commercial Drive. I advised the 911 Center of the speed and direction of the suspect vehicle due to his erratic and unsafe driving. I then advised the 911 Center that I would attempt to conduct a traffic stop once there was another Officer in close proximity. At that time I observed the blue lights of Officer Roy Green (Unit 1A29) who advised me that he was behind my Patrol Vehicle. At that time I activated my emergency equipment (Lights and Siren) in an attempt to conduct a traffic stop in the area of Veterans Parkway and Moon Road. The suspect vehicle failed to stop for my emergency equipment and continued North on Veterans Parkway at the same speed it was traveling when the emergency equipment was activated. The suspect vehicle continued North on Veterans Parkway in the left lane of travel. The vehicle gave no indication that the driver was aware that Police were behind the driver with emergency equipment activated. The first indication that the vehicle was not going to stop was in the area of Veterans Parkway and American Way when he accelerated.

Further information follows:

Page 3 of 4

| SUPPLEMENTARY REPORT COLUMBUS POLICE DEPT. | 1. Victim's Name (Same as Original Report) State of Georgia | | | 2. Complaint No.: 15623732 | |
|---|---|---|---|---|---|
| 3. Original Offense Title Fleeing and Eluding | Changed ☐ Yes | 4. To – New Offense Title | | | |
| 5. ☒ Follow-up ☐ Cont. Report | 6. Multiple Offenses Cleared If yes, List All complaint No.'s In Report | | ☐ Yes    ☐ No | | |
| Report Made by.— Name D.K Brown | Serial No.: 26453 | Date: 08/31/15 | Time: 0415 | Approved By: | Reviewed By: |

- FOLLOW-UP -

The vehicle then entered the right lane of travel and accelerated to 77mph in a 55mph speed zone. At that time Officer Green assumed all radio traffic for the pursuit. The suspect vehicle was traveling in an erratic manner by accelerating and decelerating with speeds varying from 51mph to 70mph. The suspect vehicle entered the South bound lanes of travel in the areas of Pierce Chapel Road and Almond Road. In the instances the vehicle was traveling in the South bound lanes there were blind curves that placed any motorist traveling South in extreme danger. During the pursuit I attempted to use my spotlight to obtain the license plate number to give to Harris County Sheriff's Office on multiple occasions due two trailer balls obstructing the tag. The vehicle then reentered the North bound lane and continued into Harris County. I advised the 911 Center to notify the Harris County Sheriff's Office that an unsafe driver failed to stop for Police and continued North into their jurisdiction. At that time Officer Green and I were advised by Sergeant L. Bender (Unit 1A85) to terminate the pursuit. Once the order was given to terminate the pursuit Officer Green and I immediately deactivated all emergency equipment and stopped our Patrol Vehicles. Officer Green and I stopped at the entrance to Coco Lakes Subdivision and Officer Green left his dash cam on to show that Officers terminated the pursuit. Both Officer Green and I returned to Columbus.

Interview with Store Clerks:

I then spoke with Cody McCarson (W/M DOB 09/03/92 706-987-3924 Circle K employee) and Michael Daniels (B/M DOB 05-01-75 706-505-1669 Circle K employee) at 2536 Airport Thruway. Mr. McCarson made the initial call to the 911 Center at 0146 hours in reference to an unknown white male slumped over the wheel in a grey older model Toyota Pickup at the gas pumps. Mr. McCarson stated that the vehicle was parked at the gas pumps for approximately one and a half hours prior to him calling 911. Mr. Daniels stated that he made several attempts to make contact with the unknown white male driver by knocking on the driver's side window and door. However, the white male remained unresponsive. Mr. Daniels further stated that he observed the white male breathing and believed that the male was under the influence of an unknown substance. He then advised Mr. McCarson to call 911.

Further information follows

02-0045-34-16

Page 4 of 4

| SUPPLEMENTARY REPORT COLUMBUS POLICE DEPT. | 1. Victim's Name (Same as Original Report) State of Georgia | | 2. Complaint No.: 15 623732 |
|---|---|---|---|
| 3. Original Offense Title Fleeing and Eluding | Changed ☐ Yes | 4. To – New Offense Title | |

| 5. ☒ Follow-up ☐ Cont. Report | 6. Multiple Offenses Cleared ☐ Yes ☐ No | 7. NOTE: In Blocks below, show only the Stolen or Recovered Amount which HAS NOT been previously reported. If more than one type, list value of each item in the report. |
|---|---|---|

☐ Cleared By Arrest – 18 or Over
☐ Cleared By Arrest – Under 18
☐ Not Cleared
☐ Unfounded
☐ Missing Person Located
☐ Exceptionally Cleared. – 18 or Over
☐ Exceptionally Cleared. – Under 18
☐ Not Prosecutable

ADDITIONAL PROPERTY STOLEN — Circle Property Type – Itemize in Narrative. A. Veh. B. Currency C. Jewelry D. Fur E. Clothes F. Office Equip. G. Radio, TV, Etc. H. Household Goods I. Firearms J. Cons. Goods K. Computer L. Other M. Small Appl. N. Sport Equip. P. Cameras, Etc. R. VCR — TOTAL $

ADDITIONAL PROPERTY RECOVERED — Circle property Type – Itemize in Narrative. A. Veh. B. Currency C. Jewelry D. Fur E. Clothes F. Office Equip. G. Radio, TV, Etc. H. Household Goods I. Firearms J. Cons. Goods K. Computer L. Other M. Small Appl. N. Sport Equip. P. Cameras, Etc. R. VCR — TOTAL $

STATUS OF RECOVERED PROPERTY/VEH.
1. Stolen Local ............Recovered Local
2. Stolen Local ............Recovered Other Jurisdiction
3. Stolen Other Jurisdiction ......Recovered Local
RECOVERY LOCATION | RECOVERY ZONE

| 8. Has The Total Amount of Stolen or Recovered Property in This Case Been Reduced from the Gross Amount in The Initial Report?   ☐ Yes  ☐ No | | | | Stolen Amt. Difference | Recovered Amt. Difference |
|---|---|---|---|---|---|
| 9. Report Made by – Name D.K Brown | Serial No.: 26453 | Date: 08/31/15 | Time: 0415 | Approved By: | Reviewed By: |

- FOLLOW-UP -

Interview with responding Medic Unit:

I then spoke to Kevin Pate (Paramedic M8 W/M DOB 03/15/80 706-715-0062) who advised he and his partner James Kessler (Paramedic M8 W/M DOB 01/29/85 909-957-6234) were the Medics on scene at the Circle K. Paramedic Pate stated that the Medic unit arrived at the same time as Officer Wilkinson and observed an unknown white male in the driver's seat of an older model grey Toyota Pickup. He further stated that the white male appeared to be unconscious. He made several attempts to wake up the unknown white male. After several attempts the white male regained consciousness and began making aggressive hand gestures and facial expressions at the Medics. Paramedic Pate stated that with his knowledge and experience he observed that the unknown white male had large dilated pupils and that his pupils did not contract with light which indicates that the unknown male was under the influence of an unknown substance. Paramedic Pate continued to attempt to get the unknown male to open his door or lower the window in an attempt to make a proper medical evaluation. He then observed the white male place the key into the ignition and gave verbal commands not to start the vehicle or leave the scene. Paramedic Pate stated he continued to give commands not leave the area and then observed the unknown male start the vehicle and leave the parking lot almost striking a Police Vehicle. No further information at this time.

Page 1 of 1

SUPPLEMENTARY REPORT
COLUMBUS POLICE DEPT.

1. Victim's Name (Same as Original Report): **State of Georgia**
2. Complaint No.: 15623732
3. Original Offense Title: **Fleeing and Eluding** — Changed ☐ Yes
4. To – New Offense Title:

5. ☒ Follow-up   ☐ Cont. Report
6. Multiple Offenses Cleared ☐ Yes ☐ No
7. NOTE: In Blocks below, show only the Stolen or Recovered Amount which HAS NOT been previously reported. If more than one type, list value of each item in the report.

☐ Cleared By Arrest – 18 or Over
☐ Cleared By Arrest – Under 18
☒ Not Cleared
☐ Unfounded
☐ Missing Person Located
☐ Exceptionally Cleared – 18 or Over
☐ Exceptionally Cleared – Under 18
☐ Not Prosecutable

ADDITIONAL PROPERTY STOLEN — Circle Property Type – Itemize in Narrative. A. Veh. B. Currency C. Jewelry D. Fur E. Clothes F. Office Equip. G. Radio, TV, Etc. H. Household Goods I. Firearms J. Cons. Goods K. Computer L. Other M. Small Appl. N. Sport Equip. P. Cameras, Etc. R. VCR — TOTAL $

ADDITIONAL PROPERTY RECOVERED — Circle property Type – Itemize in Narrative. A. Veh. B. Currency C. Jewelry D. Fur E. Clothes F. Office Equip. G. Radio, TV, Etc. H. Household Goods I. Firearms J. Cons. Goods K. Computer L. Other M. Small Appl. N. Sport Equip. P. Cameras, Etc. R. VCR — TOTAL $

STATUS OF RECOVERED PROPERTY/VEH.
1. Stolen Local ................. Recovered Local
2. Stolen Local ................. Recovered Other Jurisdiction
3. Stolen Other Jurisdiction ..... Recovered Local

RECOVERY LOCATION | RECOVERY ZONE

8. Has The Total Amount of Stolen or Recovered Property in This Case Been Reduced from the Gross Amount in The Initial Report? ☐ Yes ☐ No
Stolen Amt. Difference | Recovered Amt. Difference

9. Report Made by – Name: **Roy Green**
Serial No.: 27005
Date: 08/31/15
Time: 0415
Approved By: [signature]
Reviewed By:

## - FOLLOW-UP -

On 08/31/15 at 0154 hours, I Officer Roy Green (Unit 1A29) heard Corporal D. K. Brown state over the radio that he was following a Toyota Pickup (grey in color) that fled the area of 2536 Airport Thruway (Circle K) after Corporal Brown attempted to check on the welfare of the driver. Corporal Brown continued to follow the vehicle North on Veterans Parkway. While I was enroute to Corporal Brown I heard him advise that the vehicle failed to stop for two red lights while traveling North on Veterans Parkway. I was able to make visual contact with Corporal Brown's Patrol Vehicle at Veterans Parkway and Old Moon Road. At that time Corporal Brown stated that he was waiting on a second Officer before he attempted to conduct a traffic stop. I then activated my emergency equipment (Lights and Siren) so Corporal Brown would know that I was approaching his vehicle. Corporal Brown then activated his emergency equipment (Lights and Siren). The vehicle continued North on Veterans Parkway in the left lane of travel. As the vehicle approached the intersection of Veterans Parkway and American Way he changed lanes into the right lane of travel and accelerated his speed. At that time I was traveling behind Corporal Brown's Patrol Vehicle and then began calling the direction of travel and speed of the suspect vehicle. The suspect vehicle reached a maximum speed of 77mph in a 55mph speed zone. The suspect vehicle accelerated and decelerated multiple times and the speeds varied from 51mph to 70mph while traveling North on Veterans Parkway. The suspect then entered the South bound lanes of travel in the area of Pierce Chapel Road and again in the area of Almond Road. In the instances the suspect vehicle was in the South bound lanes of travel there were blind curves that placed any motorist traveling South in extreme danger. The suspect vehicle reentered the North bound lane of travel and continued North into Harris County. At that time Corporal Brown and I were advised by Sergeant L. Bender (Unit 1A85) to terminate the pursuit. Corporal Brown and I stopped at the entrance to Coco Lakes Subdivision. I left my video running for several minutes to show that the pursuit was terminated and both Corporal Brown and I returned to Columbus. No further information at this time.

02-0045-34-16