# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | |
|---|---|
| GREG DYKSMA and TAMMY DYKSMA, * <br> as Parents and Natural Guardians of * <br> Nicholas Dyksma, Deceased, and as * <br> Personal Representatives of the ESTATE * <br> OF NICHOLAS DYKSMA, * <br> * <br> Plaintiffs, * <br> v. * <br> * <br> DEPUTY TOMMY PIERSON, * <br> SERGEANT JOE HARMON, * <br> DEPUTY HEATH DAWSON, * <br> DEPUTY WILLIAM STURDEVANT, * <br> and SHERIFF MIKE JOLLEY, * <br> * <br> Defendants. * | CIVIL ACTION FILE NO. <br> 4:17-cv-00041-CDL |

## NOTICE OF MANUAL FILING OF ELECTRONIC DISCOVERY

COMES NOW Plaintiff and hereby certifies that following electronic media is being manually filed with the Court, along with a copy of this notice, via U.S. Mail to the Clerk's office in Macon, with a courtesy copy being sent via U.S. Mail to the Court's chambers in Columbus:

A computer disk labeled **"Exhibit A to Plaintiff's Brief"** which contains patrol car video that is being submitted as evidence for purposes of Defendants' pending motion for summary judgment.

Respectfully submitted this 11th day of May, 2018.

/s/ Craig T. Jones
_____
CRAIG T. JONES
Ga. Bar No. 399476
Attorney for Plaintiffs

CRAIG T. JONES, P.C.
Post Office Box 129
Washington, Georgia 30673
(706) 678-2364
craigthomasjones@outlook.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 11th day of May, 2018, I served the foregoing Plaintiffs' Notice of Manual Filing of Electronic Media via electronic filing on the following counsel:

Terry E. Williams, Esq.
WILLIAMS, MORRIS & WAYMIRE, LLC
4330 South Lee Street, Bldg. 400, Suite A
Buford, GA 30518

*/s/ Craig T. Jones*
_____
Craig T. Jones
Georgia Bar No. 399476
Counsel for Plaintiffs

CRAIG T. JONES, P.C.
Post Office Box 129
Washington, Georgia 30673
(706) 678-2364
craigthomasjones@outlook.com