

# Office of the District Attorney
## Chattahoochee Judicial Circuit

**Julia Slater**
District Attorney

Post Office Box 1340 • Columbus, Georgia 31902-1340
Phone (706) 653-4336
Fax (706) 653-4345

**Circuit Counties**
Chattahoochee
Harris
Marion
Muscogee
Talbot
Taylor

May 3, 2018

Mr. Craig T. Jones
Trial Lawyer
P.O. Box 129
Washington, GA 30673

Re:   Open Records Act Request
      Subject: Nicholas Dyksma
      Date of Incident: August 31, 2015

Dear Mr. Jones:

This office has received your Open Records Act Request on the above referenced matter. The matter is still under investigation and therefore is not available for public inspection at this time.

Thank you.

Sincerely,

*Brandy L Rivera*

Brandy L. Rivera
Executive Legal Assistant to Julia Slater

/blr