**From:** Harris, Lisa
**Sent:** Friday, April 27, 2018 10:00 AM
**To:** craigthomasjones@outlook.com
**Subject:** Nicholas Dyksma

Dear Mr. Jones,

The information you have requested is contained in an investigation that is currently open in Harris County. Therefore, based on the exemption provided in [O.C.G.A. § 50-18-72(a)(4)], the information you have requested is not subject to dissemination until the investigation is concluded, which may also include prosecutorial actions and the appeals process.

The GBI Legal Services office does not monitor the status of pending cases through the investigative and judicial process. When the case is completed, you will need to provide us with notification of the case disposition, if the records are still needed. The GBI investigative case number is 02-0045-34-16 and the DOFS case number is 2015-1022691, for your reference.

Sincerely,

Lisa Harris
Special Agent in Charge
GBI-Legal Services