## HARRIS COUNTY SHERIFFS OFFICE
## INCIDENT REPORT

Page: 1

| ORI #: GA0720000 | | | |
|---|---|---|---|
| INCIDENT #: 2015004640 | DATE OF INCIDENT: 8/31/15 | TIME OF INCIDENT: 1:50 | |
| INCIDENT TYPE (SIGNAL): VC VEHICLE CHASE | | | |

**PROPERTY**

| PIN: 2015001093 | TYPE: 03 AUTOMOBILES | | | |
|---|---|---|---|---|
| CONNECTED WITH (PARTY, OFFENSE): | | | 1 EXPIRED TAG 40-2-8 | |
| SERIAL/VIN: 4TARN81A3PZ081110 | YEAR: 1993 | MAKE: TOYT | MODEL: | COLOR: GRY |
| STYLE: PK | LICENSE: PYQ5482 | STATE: GA | EXP.: 06/2015 | VALUE: 1,000.00 | ☐ Locked | ☒ Keys |
| INSURANCE: GEICO | | LIEN: | | TOWED BY: |
| OWNER: | OWNER ID#: 2015006730 | | CALIBER: | ☐ Registered |
| REPORTED STOLEN ID#: | | RETURNED/SOLD DATE: | AMOUNT: 0.00 | |
| PROPERTY ACREAGE: 0 | | | | |

PLAINTIFF'S EXHIBIT
Pierson / 10/19/17
DISCOVERY LITIGATION SERVICES

## HARRIS COUNTY SHERIFFS OFFICE
## INCIDENT REPORT

Page: 2

| ORI #: GA0720000 | | | |
|---|---|---|---|
| INCIDENT #: 2015004640 | DATE OF INCIDENT: 8/31/15 | TIME OF INCIDENT: 1:50 | |
| INCIDENT TYPE (SIGNAL): VC VEHICLE CHASE | | | |
| Agency: HCSO | Incident No: 2015004640 | Date Entered: 8/31/2015 | Sequence: 4 |
| Author: PIERSON, TOMMY | | Title: VEHICLE CHASE - FATALITY | |

On 8-31-15 at approximately 0200 hours Harris County 911 put a call out over the radio to any deputy near Hwy 27 to respond to a vehicle chase that was coming out of Columbus northbound on Hwy 27. I responded that I would be en route from Warm Springs Rd and GA Hwy 315 intersection. The vehicle description given was a small gray Toyota pick up truck. Harris County 911 continued to provide all deputies with updates over the radio as they got them from Columbus 911.

As I turned left off off Holland Rd onto Hwy 27 I traveled southbound towards the county line. Harris County 911 advised that CPD had broken off the chase at Coca Lake but the offender was still traveling north on Hwy 27 into Harris County. I continued southbound and a few seconds later I saw a vehicle traveling towards me in the northbound lane and identified it as a small gray pick up truck matching the description given by Harris County 911. I radioed Sgt. Joe Harmon SD-11 who was sitting at the intersection of Holland Rd and Hwy 27 to let him know the vehicle had just passed me and was headed towards him. I turned around to pursue the vehicle at about the 2 mm of Hwy 27. I was able to catch up to the offenders truck just before reaching Sgt. Harmon's location and activated my emergency equipment to initiate an investigative traffic stop. Sgt. Harmon fell in behind me with his emergency equipment activated as well and began giving updates on the radio.

The offender did not stop and continued traveling northbound on Hwy 27. As he traveled northbound his speed increased up to 84 mph verified on my Stalker Patrol radar device (EC001842) and he was driving all over the road, straddling the center line and crossing over into the southbound lane while still going north. Dep. Bill Sturdevant SD-30 had indicated that he was setting up stop sticks at the VFW, located at approximately the 7 mm of Hwy 27. As we approached Dep. Sturdevant's location he advised that he had a visual on the approaching vehicle. At this time myself and Sgt. Harmon fell back to allow time to pull the stop sticks from the lanes of traffic before we traveled past. Once we cleared the area where the stop sticks were deployed I drove up on the right hand side of the offender vehicle and observed that there was a good hit from the stop sticks. I advised over the radio that there was a good hit and Sgt. Harmon advised that we were going to try to box him in. With myself now in front of the vehicle and Sgt. Harmon behind it I attempted to bring it to a stop by slowing down. The offender then cut over to the right in what looked like an attempt to take GA Hwy 208 traveling east. I cut over as well trying to block the offender's move when he cut back over into the southbound lane yet again. At this time Sgt. Harmon and I were trying again to box him in for the stop. It appeared that the offender was stopping his vehicle and I pulled my truck in front of him to prevent him from going any further. The offender then accelerated his truck into the side of my patrol vehicle at approximately 10 mph. Once the offender made contact with my vehicle I cut my tires hard to the left causing the truck to go into the ditch. Sgt. Harmon then pulled around my vehicle and got out to initiate contact with the offender. I was unable to get out of my patrol car in the position it was in as I was up against the offender vehicle. I backed up and got out quickly to assist Sgt. Harmon with apprehending the offender.

## HARRIS COUNTY SHERIFFS OFFICE
## INCIDENT REPORT

Page: 3

| ORI #: GA0720000 | | |
|---|---|---|
| INCIDENT #: 2015004640 | DATE OF INCIDENT: 8/31/15 | TIME OF INCIDENT: 1:50 |
| INCIDENT TYPE (SIGNAL): VC VEHICLE CHASE | | |

Both Sgt. Harmon and myself had weapons drawn as we approached the vehicle while giving loud verbal commands to stop and show us his hands. The offender refused to show his hands and comply with our verbal commands. Attempts were made to open the doors but both doors were locked and the windows were rolled up. At this time Dep. Heath Dawson SD-31 arrived and busted out the drivers side window with an expandable baton. As he did this I attempted to open the passenger door unsuccessfully as the door was locked and there was no outside door handle. At this time I went to kick the window and lost my footing falling back to the ground as I pushed off the truck with my foot. The offender then tried to drive off again spinning his tires in the loose dirt and mud. Sgt. Harmon then drew and deployed his taser, causing the offender to remove his foot from the accelerator and fall towards the passenger seat of the truck. The vehicle had moved about 10 -12 feet at this time but then buried the nose of the truck in the bank of the ditch. Dep. Dawson then came around to the passenger side of the vehicle to break that window as well. I still had my service weapon drawn, and Sgt. Harmon now had drawn his taser while we still gave loud verbal commands. Once Sgt. Harmon tased the offender I put my service weapon back into my holster and assisted Dep. Dawson in removing the offender from the vehicle and placing him in handcuffs. Once the offender was in handcuffs I placed a knee on his upper back to ensure he didn't struggle any more while Dep. Dawson double locked the handcuffs.

The offender was breathing heavy and loudly at this point and his pupils were extremely dilated. Dep. Sturdevant arrived on scene and searched for weapons on the offender, finding a knife in the waistband of his shorts. Dep. Sturdevant stayed with the offender while we looked for his identification. While looking for identification I found a prescription pill bottle in a back pack that was in the bed of the truck. The label could not be read on the bottle. Dep. Dawson then advised that he found the offenders wallet with his ID in it. The offender was identified as Mr. Nicholas Dyksma at this time. The offender was rolled over onto his left side and a pillow was placed under his head. As the scene was secured the offenders breathing and pulse rate seemed to slow down considerably. EMS was requested once the subject was in custody, but as the subject became unresponsive we requested that they step it up. Deputies were monitoring the breathing and pulse of the offender while awaiting EMS. The offenders breathing stopped and we were unable to find a good pulse. The offender was taken out of handcuffs and moved to level ground with a pillow placed under his head. I made sure the offenders head was in a position so that his airway was open and Sgt. Harmon began to give chest compressions. I relieved Sgt. Harmon from giving chest compressions, then Dep. Sturdevant relieved me and continued chest compressions until EMS arrived. Deputies assisted EMS in placing the offender on the backboard and stretcher. Sgt. Harmon notified the chain of command. GSP was notified and arrived on scene to work the accident. GBI was also notified once it was learned that the offender had passed away.

I was escorted to the ACE Clinic on Veteran's Pkwy. by Sgt. Mike Pitts for a mandatory drug test since my patrol vehicle was struck by the offender vehicle. A use of force was completed and attached.

Nothing further at this time.