IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| GREG DYKSMA and TAMMY DYKSMA, as Parents and Natural Guardians of Nicholas Dyksma, Deceased, and as Personal Representatives of the ESTATE OF NICHOLAS DYKSMA, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action File No. |
| vs. | ) ) | 4:17-CV-00041-CDL |
| DEPUTY TOMMY PIERSON | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SETTLEMENT

COME NOW Plaintiffs and Defendant, by and through the undersigned counsel of record, and hereby notifies the Court that the parties have agreed to compromise and settle all claims asserted in this action. Therefore, the parties will be filing a stipulation of dismissal with prejudice as soon as the settlement documents have been executed and consideration paid.

This 30th day of July, 2019.

| CRAIG T. JONES, P.C. | WILLIAMS, MORRIS & WAYMIRE |
|---|---|
| /s/ Craig T. Jones | /s/ Terry E. Williams |
| CRAIG T. JONES | TERRY E. WILLIAMS |
| Georgia Bar No. 399476 | Georgia Bar No. 764330 |
| (signature by TEW w/ permission) | |
| P.O. Box 129 | Bldg. 400, Suite A |
| Washington, GA  30673 | 4330 South Lee Street |
| (706) 678-2364 | Buford, GA 30518 |
| craigthomasjones@outlook.com | (678) 541-0790 |
| Attorney for Plaintiffs | (678 541-0789 |
| | terry@wmwlaw.com |
| | Attorney for Defendant |