IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| GREG DYKSMA and TAMMY DYKSMA, as Parents and Natural Guardians of Nicholas Dyksma, Deceased, and as Personal Representatives of the ESTATE OF NICHOLAS DYKSMA, <br><br> Plaintiffs, <br><br> vs. <br><br> DEPUTY TOMMY PIERSON <br><br> Defendant. | Civil Action File No. 4:17-CV-00041-CDL |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the parties, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, file this STIPULATION OF DISMISSAL WITH PREJUDICE, whereby Plaintiffs dismiss this action with prejudice. The parties will bear their own expenses of litigation.

Respectfully submitted this 6th day of August, 2019.

**WILLIAMS, MORRIS & WAYMIRE, LLC**

/s/ Terry E. Williams
Terry E. Williams
Georgia State Bar No. 764330
Attorney for Defendant

Bldg. 400, Suite A
4330 South Lee Street
Buford, Georgia  30518
(678) 541-0790
terry@wmwlaw.com


/s/ Craig T. Jones
Craig T. Jones
Georgia State Bar No. 399476
Attorney for Plaintiffs

P.O. Box 129
Washington, GA  30673
craigthomasjones@outlook.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the within and foregoing STIPULATION OF DISMISSAL WITH PREJUDICE on all parties via electronic filing, addressed as follows:

Craig T. Jones
CRAIG T. JONES, P.C.
P. O. Box 129
Washington, GA 30673
craigthomasjones@outlook.com

This 6th day of August, 2019.

                                      WILLIAMS, MORRIS & WAYMIRE, LLC

                                      /s/ Terry E. Williams
                                      TERRY E. WILLIAMS

Bldg. 400, Suite A
4330 South Lee Street
Buford, GA 30518
678-541-0790
678-541-0789
terry@wmwlaw.com